THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ADAM SMITH, Appellant. [722 NYS2d 850] —Judgment unanimously affirmed. Memorandum: Defendant appeals from a judgment convicting him after a nonjury trial of two counts each of rape in the first degree (Penal Law § 130.35 [1]) and

incest (Penal Law § 255.25). We reject defendant's contention that Supreme Court abused its discretion in precluding cross-examination of the complainant concerning a prior allegation of sexual abuse against her father. "[E]vidence of a victim's prior complaint of a sex crime does not come within the proscriptive scope of CPL 60.42; therefore, its 'admissibility rests within the discretion of the trial court' " (*People v Hamel*, 174 AD2d 837, quoting *People v Harris*, 132 AD2d 940, 941). The preclusion of such questioning does not constitute an abuse of discretion where, as here, defendant made no showing that the prior allegation was false (*see, People v Mandel*, 48 NY2d 952, 953, *appeal dismissed and cert denied* 446 US 949, *reh denied* 448 US 908; *People v Gozdalski*, 239 AD2d 896, 897, *lv denied* 90 NY2d 858). Defendant abandoned his equivocal request to proceed *pro se*, and thus his further contention that the court erred in denying that request is not properly before us (*see, People v Branch*, 155 AD2d 473, 474, *lv denied* 75 NY2d 867; *see also, People v Ramsey*, 201 AD2d 915, *lv denied* 83 NY2d 875). (Appeal from Judgment of Supreme Court, Monroe County, Sirkin, J.—Rape, 1st Degree.) Present—Pine, J. P., Hayes, Hurlbutt, Scudder and Lawton, JJ.